[No. 6687-1.   Division One.   June 25, 1979.]

RENTON SCHOOL DISTRICT No. 403, *Appellant,* v. ROBERT
V. GRAHAM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 835725, Frank J. Eberharter, J., entered May

24, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by James and Andersen, JJ.